Case 7:07-cv-03680-WCC    Document 5    Filed 07/25/2007    Page 1 of 2    *Conner, J*

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ELIZABETH BURBAGE,
        Plaintiff,

  - against -

LOUIS PUBLIC COMPANY LIMITED and GROUP
VOYAGERS, INC.,
        Defendants.

and related actions set forth below.
---------------------------------------------------------------x

STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND **FOR Δ GROUP VOYAGERS**
(WCC)(GAY)
Case No. 07 CIV. 3665 and related actions set forth below
**ECF CASES**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time for defendant Group Voyagers, Inc. d/b/a Globus to answer, move or otherwise respond to the Complaints in this action, and the additional actions delineated below, which was originally scheduled for June 22, 2007, and subsequently extended to July 20, 2007, is hereby further extended to and including August 3, 2007.

    Balducci v. Louis Public Company Limited, et al., 7:07-cv-3668-WCC
    Cullen v. Louis Public Company Limited, et al., 7:07-cv-3666-WCC
    Cullen v. Louis Public Company Limited, et al., 7:07-cv-3669-WCC
    De Astis v. Louis Public Company Limited, et al., 7:07-cv-3681-WCC
    Golio v. Louis Public Company Limited, et al., 7:07-cv-3673-WCC
    Horrigan v. Louis Public Company Limited, et al., 7:07-cv-3677-WCC
    La Forge v. Louis Public Company Limited, et al., 7:07-cv-3671-WCC
    Lindsay v. Louis Public Company Limited, et al., 7:07-cv-3680-WCC
    Murphy v. Louis Public Company Limited, et al., 7:07-cv-3672-WCC
    O'Malley v. Louis Public Company Limited, et al., 7:07-cv-3678-WCC
    Rizzuto v. Louis Public Company Limited, et al., 7:07-cv-3679-WCC
    Rizzuto v. Louis Public Company Limited, et al., 7:07-cv-3674-WCC
    Tomasetti v. Louis Public Company Limited, et al., 7:07-cv-3667-WCC
    Winrow v. Louis Public Company Limited, et al., 7:07-cv-3676-WCC

    IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and filed with the Clerk of the Court in each of the aforementioned

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD **for Δs**
**+ E-MAILED TO π COUNSEL**

actions without further notice, and that signatures obtained via facsimile shall have the same force and effect as original signatures.

Dated: July 20, 2007

| LAW OFFICE OF TODD J. KROUNER | NIXON PEABODY LLP |
|---|---|
| By: *[signature]* <br> Jacqueline M. James (JJ1845) | By: *[signature]* <br> Joseph J. Ortego (JO3839) <br> James W. Weller (JWW0545) <br> Scott P. Eisenberg (SE3775) |
| 93 North Greeley Avenue, Suite 100 <br> Chappaqua, New York 10514 <br> (914) 238-5800 | 50 Jericho Quadrangle, Suite 300 <br> Jericho, New York 11753 <br> (516) 832-7500 |
| Attorneys for Plaintiff | Attorneys for Defendant <br> Group Voyagers, Inc. d/b/a Globus |

SO ORDERED:

*[signature]*
William C. Conner, U.S.D.J.

dated White Plains, NY
July 25, 2007

-2-